Form defntc

## UNITED STATES BANKRUPTCY COURT
### *Northern District of Illinois*
### *Western Division*
### *327 South Church Street*
### *Rockford, IL 61101*

In Re:

Angelica O Longoria
1916 Flower Street
McHenry, IL 60050
SSN: xxx−xx−2470 EIN: N.A.

Case No. :  25−80002
Chapter :   13
Judge :     Thomas M. Lynch

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any: Notice of Deficiency given to Debtor(s) that the following document(s) were due at the time of filing and are deficient. **Include the case number and debtor name on all documents.**

☐ Photo ID Front and Back for Debtor 1

☐ Photo ID Front and Back for Debtor 2

☐ Photo ID Front and Back for Runner

☐ Voluntary Petition. Please file the Voluntary Petition using the event Voluntary Petition to Correct Petition PDF

☐ Statement About Your Social Security Numbers

☐ List of Name and Addresses of All Creditors/Creditor Matrix

☐ Application for Individual to Pay the Filing Fee in Installments/Orders

☐ Certification of Relatedness (applicable to related cases)

☐ Notice of Motion and Motion for Waiver of Credit Counseling

☑ Signature(s) of Debtor(s) are missing from the Voluntary Petition. Please file the signature page(s) as an Attachment to the Voluntary Petition

☐ Signature(s) of Debtor(s) are missing from Statement About Your Social Security Numbers. Please re−file as Amended

☐ Signature(s) of Debtor(s) are missing from Application for Individual to Pay the Filing Fee in Installments/Order. Please re−file as Amended

☑ Signature(s) of Debtor(s) are missing from Declaration About an Individual Debtor(s) Schedules. Please re−file as Amended

For additional information, please access the United States Court's website at http://www.uscourts.gov/forms/bankruptcy−forms/required−lists−schedules−statements−and−fees (B 2000, Required List, Schedules, Statements and Fees). If you are represented by an attorney, please contact your attorney for guidance. If you have any questions about the deficiency, please call 312−408−5000.

FOR THE COURT

Dated: January 3, 2025

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                          Case No. 25-80002-TML

Angelica O Longoria                                                                   Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0752-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 03, 2025 | Form ID: def | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

**Recip ID                 Recipient Name and Address**
db                + Angelica O Longoria, 1916 Flower Street, McHenry, IL 60050-3728

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2025                  Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam G. Brief | ustpregion11.md.ecf@usdoj.gov |
| David H Cutler | on behalf of Debtor 1 Angelica O Longoria cutlerfilings@gmail.com  r48280@notify.bestcase.com |
| Lydia Meyer | ECF_LMIL@trustee13.com |

TOTAL: 3